IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| PATRICK WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 112-105 |
| | ) |
| DENNIS BROWN, Warden, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, this civil action is **DISMISSED** without prejudice as a sanction for Plaintiff's abuse of the judicial process..

SO ORDERED this 13th day of November, 2012, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA